In the Matter of New York Central Railroad Company, Appellant. Thaddeus R. Lide, Jr., et al., Respondents.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

The People of the State of New York, Respondent, v. George L. Walker, Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of Julius Lewis, Appellant, against Qualtop Beverages, Inc., et al., Respondents.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Elma Dickerson, an Infant, by Ruth Due, Her Guardian ad Litem, Respondent, v. Fern C. Swanson (Lindbloom), Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

Kenneth C. Boyd, Respondent, v. Fern C. Swanson (Lindbloom), Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of Lewis C. Burdick et al., Respondents, against Leon E. Dickinson, Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.